## UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALICIA R. DIXON | * | CIVIL ACTION |
| | * | |
| | * | NO.: 3:22-cv-01005 |
| AND WEST J. DIXON | * | |
| | * | JUDGE: Brian A. Jackson |
| | * | |
| versus | * | MAGISTRATE JUDGE: Scott D. Johnson |
| | * | |
| D.R. HORTON, INC. – GULF COAST; BELL MECHANICAL SERVICES; AND BELL MECHANICAL HOLDINGS, LLC | * * * * | |

### EXHIBIT LIST FOR NOTICE OF REMOVAL

1. Exhibit A: Certified True and Correct Copy of Citation and Service on D.R. Horton, Inc. – Gulf Coast and Plaintiffs' Class Action Petition for Damages

2. Exhibit B: Plaintiffs' First Supplemental and Amended Class Action Petition for Damages

Respectfully submitted,

/s/ James A. Brown
James A. Brown (Bar #14101)
Charles B. Wilmore (Bar #28812)
Courtney Harper Turkington (Bar # 38255)
Sheri L. Corales (Bar # 37643)
Melanie Derefinko (Bar # 37658)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

jabrown@liskow.com
cbwilmore@liskow.com
chturkington@liskow.com
scorales@liskow.com
mderefinko@liskow.com

***Attorneys for D.R. Horton, Inc – Gulf Coast***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of December, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document with exhibits and notice of electronic filing to the attorneys for all parties.

/s/ James A. Brown