## UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALICIA R. DIXON** | * | CIVIL ACTION |
| | * | |
| | * | NO.: 3:22-cv-01005 |
| **AND WEST J. DIXON** | * | |
| | * | JUDGE: Brian A. Jackson |
| | * | |
| | * | MAGISTRATE JUDGE: Scott D. Johnson |
| versus | * | |
| | * | |
| **D.R. HORTON, INC. – GULF COAST; BELL MECHANICAL SERVICES; AND BELL MECHANICAL HOLDINGS, LLC** | * * * | |

## AMENDED NOTICE OF REMOVAL ATTACHING ALL RECORDS, PROCEEDINGS, PLEADINGS AND ORDERS FILED IN THE STATE COURT ACTION

**NOW INTO COURT**, through undersigned counsel, comes Defendant D.R. Horton, Inc. – Gulf Coast ("D.R. Horton"), who files this Amended Notice of Removal, attaching, as Exhibit C-1 through C-48, all records, proceedings, pleadings, and orders filed in the state court action.

D.R. Horton's Original Notice of Removal filed on December 9, 2022 (Rec. Doc. 1) is otherwise incorporated herein as though set forth in full.

Respectfully submitted,

/s/ James A. Brown
James A. Brown (Bar #14101)
Charles B. Wilmore (Bar #28812)
Courtney Harper Turkington (Bar # 38255)
Sheri L. Corales (Bar # 37643)
Melanie Derefinko (Bar # 37658)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile:  (504) 556-4108

- 2 -

jabrown@liskow.com
cbwilmore@liskow.com
chturkington@liskow.com
scorales@liskow.com
mderefinko@liskow.com

***Attorneys for D.R. Horton, Inc – Gulf Coast***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, and/or efiling notice this 12th day of December, 2022.

/s/ James A. Brown