UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALICIA R. DIXON AND** | * | **CIVIL ACTION NO.: 3:22-CV-01005** |
| **WEST J. DIXON** | * | |
| | * | **DISTRICT JUDGE:** |
| **VERSUS** | * | **BRIAN A. JACKSON** |
| | * | |
| **D.R. HORTON, INC.-GULF COAST;** | * | **MAGISTRATE JUDGE:** |
| **BELL MECHANICAL SERVICES; AND** | * | **SCOTT D. JOHNSON** |
| **BELL MECHANICAL HOLDINGS, LLC** | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering *Ex Parte* Motion for Leave to File Memorandum in Support of Motion to Remand in Excess of the Page Limitation Motion, filed by the Plaintiffs, Alicia R. Dixon and West J. Dixon,

**IT IS HEREBY ORDERED** that Plaintiffs' *Ex Parte* Motion for Leave to File Memorandum in Support of Motion to Remand in Excess of the Page Limitation is GRANTED.

**IT IS FURTHER ORDERED** that the Plaintiffs' *Memorandum in Support of Motion to Remand* shall be deemed FILED of record as of this date.

Baton Rouge, Louisiana, this _____ day of January 2023.

---

UNITED STATES DISTRICT COURT JUDGE
MIDDLE DISTRICT OF LOUISIANA