UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA R. DIXON, ET AL | CIVIL ACTION |
| VERSUS | |
| D.R. HORTON, INC. – GULF COAST, ET AL | NO. 22-01005-BAJ-SDJ |

***********************

### MEMORANDUM REGARDING ATTORNEYS' FEES

The parties have many issues to contest. This is not one of them.

Plaintiffs agree that a timely opposition to the original Motion to Stay regarding arbitration would have resulted in the same ruling and not required D. R. Horton's response to the Motion to Reconsider.

Consequently, whatever the Court determines Plaintiffs accept.

    Respectfully submitted:

_____
LANCE C. UNGLESBY (Bar No. 29690)
**UNGLESBY LAW FIRM**
246 Napoleon Street
Baton Rouge, LA 70802
Telephone: (225) 387-0120
Facsimile: (225) 336-4355
Email: lance@unglesbylaw.com

D. BLAYNE HONEYCUTT (Bar No. 18264)
**FAYARD & HONEYCUTT**
519 Florida Avenue SW
Denham Springs, LA 70726
Telephone: (225) 664-0304
Facsimile: (225) 664-2010
Email: dbhoneycutt@fayardlaw.com

YUL LORIO (Bar No. 20275)
1228 Camellia Blvd., Ste. A
Lafayette, LA 70508
Telephone : (337) 280-1655
Email: Yul@lorioLaw.com

2 | P a g e

        LANCE C. BEAL (Bar No. 38131)
**LAW OFFICE OF LANCE C. BEAL**
600 Jefferson St., Ste. 810
Lafayette, LA  70501
Telephone: (337) 991-6263
Facsimile: (337) 534-0310
Email:  alan@lancebeal.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on counsel for the defendant via electronic mail and/or by depositing same in the United States Mail, postage prepaid, this 28TH day of February, 2023.

                              _____
                              LANCE C. UNGLESBY