# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ALICIA R. DIXON, ET AL. | CIVIL ACTION |
| VERSUS | |
| D.R. HORTON, INC. – GULF COAST, ET AL. | NO. 22-01005-BAJ-SDJ |

## JUDGMENT

For written reasons assigned,

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby immediately **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, Louisiana.

Baton Rouge, Louisiana, this 29th day of September, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**